UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FRED TIQUAN WILLIAMS,

        Petitioner,

                                          CASE NO.  1:07-CV-1076

v

                                          HON. JANET T. NEFF

CINDI S. CURTIN,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation (Dkt 5) filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the Opinion of the Court.

        THEREFORE, IT IS ORDERED that:

        Petitioner's habeas corpus petition is summarily **DISMISSED** pursuant to Rule 4.

        Petitioner is **DENIED** a certificate of appealability.

Dated: January 21,  2008                                   /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge